IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| JOHN A PALMER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | C05-4121 MWB |
| | ) | |
| | ) | JUDGMENT FOR ATTORNEY FEES |
| COMMISSIONER OF SOCIAL SECURITY, MICHAEL J ASTRUE, | ) ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter came before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the court awards $4,746.50 in attorney fees, which shall be paid by the Social Security Administration, pursuant to 28 U.S.C. § 2412. $4,361.60 shall be remitted to lead counsel Warren L Reimer, and $384.90 shall be remitted to local counsel Patrick H Tott.

DATED: SEPTEMBER 20, 2007

    Robert L Phelps
    Clerk

    S/src
    (By) Deputy Clerk